**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
RAUL VINICIO PINTADO ZUMBA,
*individually and on behalf of others similarly situated,*

              *Plaintiff*,

-against-

JOHN DOE INC. (d/b/a MASTER DEVELOPMENT), MASTER DEVELOPMENT, INC. (d/b/a MASTER DEVELOPMENT), and ROSS RAMSAY

              *Defendants.*
-------------------------------------------------------X

18-cv-00011-GBD

**NOTICE OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Joshua S. Androphy, dated May 22, 2018 and the exhibits annexed thereto, and the Affidavit of Plaintiff Raul Vinicio Pintado Zumba sworn to May 7, 2018, and the accompanying memorandum of law, Plaintiff will move this Court, before the Honorable George B. Daniels, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Street, New York, New York, on a date to be determined by the Court, for an Order, pursuant to Fed. R. Civ. P. 55(b)(2) for a default judgment against Defendants Master Development, Inc. and Ross Ramsay.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1 any opposition to Plaintiff's motion shall be due fourteen days after service of this motion, and any reply by Plaintiff shall be due seven days after service of answering papers.

Dated:    New York, New York
            May 17, 2018

                                        Respectfully submitted,

                        By:    /s/Joshua S. Androphy_____
                                  Joshua S. Androphy
                                  MICHAEL FAILLACE & ASSOCIATES, P.C.

- 2 -

        60 East 42nd Street, Suite 4510
        New York, New York 10165
        Telephone: (212) 317-1200
        Facsimile: (212) 317-1620
        *Attorneys for Plaintiffs*

TO:
Master Development, Inc,
1541 Williamsbridge Road, Apt 3K,
Bronx, New York 10461

Ross Ramsay
117 Storer Avenue
New Rochelle, NY 10801