UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAUL VINICIO PINTADO ZUMBA, *individually and on behalf of others similarly situated*,

          *Plaintiff*,

    -against-

JOHN DOE INC. (d/b/a MASTER DEVELOPMENT),
MASTER DEVELOPMENT, INC. (d/b/a MASTER
DEVELOPMENT), and ROSS RAMSAY

          *Defendants*.
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 9 2018
```

**Index No.** 18-cv-00011-GBD

**[Proposed Form Of]
JUDGMENT**

## JUDGMENT

On January 2, 2018, this action was commenced by Plaintiff Raul Vinicio Pintado Zumba's filing of the complaint and this Court's issuance of the summons. On March 28, 2018 the clerk of Court issues a certificate of default as to defendant Master Development, Inc. On April 3, 2018 the clerk of Court issues a certificate of default as to defendant Ross Ramsay.

NOW, on motion of Plaintiff Raul Vinicio Pintado Zumba, by his attorneys Michael Faillace and Associates, PC, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, RAUL VINICIO PINTADO ZUMBA, have judgment jointly and severally against the defendants MASTER DEVELOPMENT, INC. (d/b/a MASTER DEVELOPMENT), and ROSS RAMSAY in the amount of $74,842.50, including compensatory damages and permissible liquidated damages, plus prejudgment interest on the amount of $32,421.25 at the rate of 9% from July 31, 2016 until entry of judgment which is calculated Court as $ 5,332.19 all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiff RAUL VINICIO PINTADO ZUMBA is additionally awarded attorneys' fees in the amount of $5,465.00, and costs in the amount of $463.00, all computed as provided in 28 U.S.C. §1961(a).

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4)

SO ORDERED:

_____
U.S. District Judge George B. Daniels

Dated: **MAY 2 9 2018**
        _____, 2018